79,962-03

OMAR ALBERTO RAMIREZ
TDCJ-ID NO: 1072249
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606

ABEL ACOSTA, CLERK                                    DATE 9-21-15
P.O. BOX 12308
CAPITAL STATION
AUSTIN, TEXAS 78711

DEAR CLERK:

CAN YOU PLEASE FILE MY MOTION FOR TRAVERSE WITH THIS
COURT OF APPEALS. MY CASE NO: WR-79,962-03. I RECIVED
YOUR LAST WHITE CARD ON THE 10 OF SEPTEMBER, 2015, I AM
PLACING THE LAY-IN FROM THIS PRISON AS AN EXHIBIT # A AND
AS VERIFICATION OF THE DATE THAT I PICKED-UP THE CARD
FROM THE MAIL-ROOM HERE AT THE PRISON. THANK YOU FOR
YOUR KINDNESS ON THIS MATTER, AND I WAIT FOR YOUR ANSWER.

RESPECTFULLY SUBMITTED

OMAR ALBERTO RAMIREZ
TDCJ-ID NO: 1072249
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 02 2015

Abel Acosta, Clerk

C.C. 195th DIST. COURT
DALLAS COUNTY.

CASE NO: WR-79-962-03

OMAR ALBERTO RAMIREZ      *      IN THE 195th JUDICIAL

VS      **MOTION DENIED**
**DATE:** 10·22·15      *      CRIMINAL DISTRICT COURT

STATE OF TEXAS      *      DALLAS COUNTY, TEXAS

## MOTION FOR TRAVERSE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, OMAR ALBERTO RAMIREZ, TDCJ-ID NUMBER- _____, IN THE ABOVE-STYLED NUMBERED CAUSE AND MOVES THIS COURT TO GRANT HIM THIS HIS MOTION FOR TRAVERSE, AND IN SUPPORT TO HIS MOTION, HE SAYS THE FOLLOWING:

1. APPELLANT OBJECTS TO THE STATEMENT MADE BY THIS COURT'S CLERK THAT HIS PETITION FOR HABEAS CORPUS UNDER ARTICLE 11.07 WAS DISMISSED WITHOUT WRITTEN ORDER FOR NON-COMPLIANCE WITH TEXAS RULES OF APPELLATE PROCEDURE 73.1 SPECIFICALLY THE CLERK STATED, THAT APPLICANT EXCEEDED MORE THAN 50 PAGES, AND THAT HE DID NOT FILE A MOTION FOR LEAVE.

## ARGUMENT

TEXAS RULE OF APPELLATE PROCEDURE R.73.1 DID NO STATES NOTHING ABOUT HOW MANY PAGES, OR HOW MANY WORDS NEED TO BE WRITTEN ON A MEMORANDUM OF LAW FOR HABEAS CORPUS APPLICATION UNDER ARTICLE 11.07. SEE FOLLOWING:

RULE 73.1 SUMMARY SHEET. WHEN A DISTRICT CLERK TRANSMITS THE RECORD (LIN) IN A POST-CONVICTION APPLICATION FOR HABEAS CORPUS UNDER CODE OF CRIMINAL PROCEDURE ARTICLES 11.07 OR 11.071, THE DISTRICT CLERK MUST PREPARE AND TRANSMIT A SUMMARY SHEET THAT INCLUDES THE FOLLOWING INFORMATION:

a. THE CONVICTING COURT'S NAME AND COUNTY, AND THE NAME OF THE JUDGE WHO TRIED THE CASE;

b. THE APPLICANT'S NAME, THE OFFENSE, THE PLEA, THE CAUSE NUMBER, THE SENTENCE, THE DATE OF THE SENTENCE, AS SHOWN IN THE JUDGMENT OF CONVICTION;

c. THE CAUSE NUMBER OF ANY APPEAL FROM THE CONVICTION AND THE CITATION TO ANY PUBLISHED REPORT;

d. WHETHER A HEARING WAS HELD ON THE APPLICATION. WHETHER FINDINGS OF FACT WERE MADE, ANY RECOMENDATION OF THE CONVICTING COURT, AND THE NAME OF THE JUDGE WHO PRESIDED OVER THE APPLICATION.

THE COURT OF CRIMINAL APPEALS MAY BY ORDER ADOPT A FORM OF SUMMARY SHEET THAT THE DISTRICT CLERKS MUST USE.

APPLICANT / APPELLANT ARGUES THAT THIS COURT OF CRIM. APPEALS ERRED IN DISMISSING HIS WRIT OF HABEAS CORPUS UNDER ARTICLE 11.07 FOR NON-COMPLIANCE WITH TRAP # 73.1, WHEN THIS RULE DO NOT SET ANY GUIDELINES REGARDING THE WORD LIMIT OR HOW MANY PAGES NEED TO BE USED IN A MEMORANDUM OF LAW.

APPLICANT / APPELLANT ARGUES THAT HE FILED A MOTION FOR LEAVE WITH THE TRIAL COURT, TOGETHER WITH THE APPLICATION AND THE MEMORANDUM OF LAW, AND THE CLERK OF THE 195th DISTRICT COURT PRESENTED ALL THE DOCUMENTS AND THE 195th DIST. COURT ACCEPTED ALL THE DOCUMENTS WITHOUT MENCIONING ANY EXCESS OR NEITHER TRAP RULE 73.1. OTHERWISE THE TRIAL COURT NEEDED TO RETURN TO APPLICANT ALL THE DOCUMENTS FOR CORRECTION.

APPLICANT / APPELLANT OBJECTS AND DENIES THE ARGUMENT PRESENTED BY THIS COURT OF CRIM. APPEALS AND CONTENDS THAT HE MEETS ALL THE CRITERIA ESTABLISHED BY THE TEXAS RULES OF APPELLATE PROCEDURE UNDER ART. 11.07, AND HIS CASE NEEDS TO BE REVIEWED AND RELIEF GRANTED.

WHEREFORE, ALL PREMISES CONSIDERED APPLICANT / APPELLANT PRAYS THAT THIS COURT OF CRIMINAL APPEALS GRANTS THIS HIS MOTION FOR TRAVERSE AND REVIEW HIS APPLICATION FOR HABEAS CORPUS UNDER ARTICLE 11.07, OR RETURNS THE APPLICATION TOGETHER WITH ALL THE DOCUMENTS ATTACHED FOR CORRECTION.

RESPECTFULLY SUBMITTED

OMAR ALBERTO RAMIREZ
TDCJ-ID NO: 1072244
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS
79107-9606

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT HAS BEEN SENT TO THE 195th JUDICIAL CRIM. DISTRICT COURT AT FRANK CROWLEY COURTS BLDG. 133 N. RIVERFRONT BLVD. LB-27, 7th FL. DALLAS, TEXAS 75207. ON THIS 21 DAY OF SEPTEMBER, 2015, BY DEPOSITING THE SAME IN THE U.S. MAIL BOX.

RESPECTFULLY SUBMITTED

OMAR ALBERTO RAMIREZ
TDCJ-ID NO: 1072249

EXHIBIT A

TDCJ - INSTITUTIONAL DIVISION
OFFICIAL LAYIN PASS
ADMINISTRATIVE

EFFECTIVE DATE: 09/10/2015
FROM-TO TIME: 10:00-19:45
START DATE: 09/10/2015 END DATE: 09/10/2015

ADMIT: 01072249 RAMIREZ, OMAR ALBERTO
REASON: MAILROOM/LEGAL     HOUSE: 19X-047

JOB: OFF
EDUC:

COUNTROOM: GRANT

TITLE: ADMIN